176 So. 227

## Ernest DAVIS v. STATE.
### 4 Div. 971.

Supreme Court of Alabama.

June 14, 1937.

Rehearing Denied Oct. 14, 1937.

E. C. Boswell, of Geneva, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

KNIGHT, Justice.

Petition of Ernest Davis for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Davis v. State, 27 Ala.App. 490, 176 So. 226.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.